United States District Court
Southern District of Texas
**ENTERED**
March 22, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LINKERS PRODUCTS CORP., § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-706 |
| § | |
| CANARY, LLC, § § | |
| Defendant. § | |

## ORDER

Before the Court are the Report and Recommendation of the Magistrate Judge [DE 40] and the defendants/counterclaimants' objectives to that report [DE 41]. The Court, being fully advised, determines that the objections should be Overruled and that the Report and Recommendation should be Adopted.

It is so ORDERED.

SIGNED on this 22nd day of March, 2017.

_____
Kenneth M. Hoyt
United States District Judge